UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

James EdwArd Cook Jr  3611478

*(Enter above the full name of the plaintiff or plaintiffs in this action).*   *(Inmate Reg. # of each Plaintiff)*

**VERSUS**          CIVIL ACTION NO. 3:20-cv-104
            *(Number to be assigned by Court)*

Jeff S. Sandy
Thomas L. Kirk

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ✓    No _____

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: (1) James Edward Cook Jr.
   (2) James Edward Cook Jr.

   Defendants: (1) Brian Greenwood
   (2) Scioto County Jail

2. Court (if federal court, name the district; if state court, name the county);

   (1) Southern District of W. Virginia
   (2) Southern District of Ohio

3. Docket Number: (1) 3:20-CV-00011 (2) 1:20-CV-00022

4. Name of judge to whom case was assigned:
   (1) Robert Chambers (2) Micheal Barrett

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
   (1) Pending (2) Pending

6. Approximate date of filing lawsuit: (1) 1-5-20 (2) 1-10-20

7. Approximate date of disposition: (1) Pending (2) Pending

2

II. **Place of Present Confinement:** Western Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ___

    C. If you answer is YES:

        1. What steps did you take? Kiosk Contact to Counselors and Administration.

        2. What was the result? Denied grievance

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: James Edward Cook Jr. #3611478

        Address: 1 O'hanlon Place, Barboursville, W.V. 25504

    B. Additional Plaintiff(s) and Address(es): ___

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Jeff S. Sandy, CFE, CAMS

is employed as: Cabinet Secretary

at 1201 Greenbrier Street, Charleston - W.V. 25311

D. Additional defendants: Thomas L. Kirk,

Deputy Secretary

1201 Greenbrier Street, Charleston - W.V. 25311

(Both) → Telephone: (304) 558-2350 Facsimile: (304) 558-1495

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On January 22nd 2020 The West Virginia Parole Board failed to meet the 45 day law statue by the 45 day guideline of (30 Business days - 45 days total) and denying to release a prisoner under law statue and unlawful confinement and or detainment.

On January 22nd a full panel of (3) was conducted with

4

IV.   **Statement of Claim (continued):**

James Edward Cook Jr. full innocense was proven on recording as was done at the preliminary hearing. Facts ignored and denied release. Deemed guilty with zero facts of guilt.

Also review CV cases - 1:20-CV-00022 & 3:20-CV-00011 for full reference to full case.

V.   **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want released immediately with my parole terminated. I want full financial compensation for every day held and denied my civil liberties and freedom.

V.  Relief (continued)):

_____
_____
_____
_____
_____

VII. Counsel

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _I'm Compitent to law And Civil Law from College stodies._

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __3rd__ day of __February__, 20__20__.

_____
James Edward Cook Jr. 3611478
1 O'hanlon place
Barboursville, W. Virginia 25504
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 3rd 2020__.
              (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)



J. Cook #3611478-B1-01
(WRJ)
1 Charlois Place
Barboursville, W. Virginia
25504

This person is an inmate at Western Regional Jail

CHARLESTON WV 250
09 FEB 2020 PM 3 L

Clerk, United States District Court
845 Fifth Avenue, Room 101
Huntington, West Virginia
25701

Barn Swallow